UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND EDWARD CHESTNUT, | : CIVIL ACTION NO. 3:CV-13-2461 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| WARDEN J. THOMAS, | : |
| Respondent | : |

FILED
SCRANTON
NOV 24 2014
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 24ᵗʰ DAY OF NOVEMBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**